JOSEPH ZIMIT, Respondent, v. SARAH CHAITMAN and Others, Appellants.— Order of the County Court of Kings county reversed, demurrer overruled, and motion denied, without costs here or below, upon the ground that matters should not be imported into the complaint upon the theory of judicial notice of the condition of the record in the register's office, nor should a motion to strike out allegations in the answer be based upon such

assumed judicial cognizance.    Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.